# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 15, 2014

## NO. 03-14-00382-CV

**Manuel Grimaldo and Evangelina Grimaldo, Appellants**

**v.**

**Centex Materials, L.L.C., Appellee**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
DISMISSED ON APPELLANTS' MOTION -- OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on June 4, 2014. Manuel Grimaldo and Evangelina Grimaldo have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.